UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL ROBINSON and SHELTER REALTY LLC,

            Plaintiffs,

  -against-

ALPINA INVESTMENTS, INC., SETH ESCHEN, and MOHAN TORAMALL,

            Defendants.

Case No.: 1:25-cv-03671

**MOTION FOR DEFAULT JUDGMENT**

**MEMO ENDORSED (page 2)**

      Plaintiffs Carol Robinson and Shelter Realty LLC, hereby moves the Court pursuant to Federal Rule of Civil Procedure 55 (b)(2) and Local Rule 55.2 (b) to enter default judgment in favor of Plaintiffs and against Defendants Alpina Investments, Inc. and Mohan Toramall, on the grounds that said defendants failed to answer or otherwise defend against the complaint.

Dated:    New York, New York
           October 21, 2025

                                      **HINSHAW & CULBERTSON LLP**
                                      *Attorneys for Plaintiffs*

                                      */s/ Anthony Scali*

                                      Anthony P. Scali, Esq.
                                      800 Third Avenue, 13th Floor
                                      New York, New York 10022
                                      Tel: (212) 471-6200
                                      E-mail: ascali@hinshawlaw.com

To: Alpina Investments, Inc. and Mohan Toramall

Upon further review, the Court holds Plaintiff's motion for default judgment against Defendants Alpina Investments, Inc. and Mohan Toramell (together, the "Defaulting Defendants") in abeyance pending a determination of liability with respect to the non-defaulting Defendant. The Certificates of Default against the Defaulting Defendants, ECF Nos. 16, 19, remain in effect and "preclude[] [the Defaulting Defendants] from [August 26, 2025] forward, from arguing the merits of the claims made against them." *Diarama Trading Co. Inc. v. J. Walter Thompson U.S.A., Inc.*, No. 01 Civ. 2950 (DAB), 2002 WL 31545845, at *4 (S.D.N.Y. Nov. 13, 2002); s*ee Schneider v. Cuddebackville Fire Dep't*, No. 11 Civ. 1499 (KMK) (S.D.N.Y. June 27, 2011) ("Because the case involves multiple defendants, entry of a default instead of a default judgment is, in the Court's view, more appropriate in this case.").

The Clerk of Court is directed to terminate ECF No. 24.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: November 19, 2025