UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL ROBINSON, *et al.*

                    Plaintiffs,

           -v-

ALPINA INVESTMENTS, INC., *et al.*

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2026

**ORDER**

25-CV-3671 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's January 23, 2026 Order, ECF No. 38, the parties were directed to submit materials to RicardoNYSDChambers@nysd.uscourts.gov by February 10, 2026, in advance of the settlement conference on February 24, 2026. To date, no materials have been submitted. The Court *sua sponte* extends the deadline to submit the materials to **February 13, 2026**.

Plaintiffs are directed to provide a copy of this Order to defendant Seth Eschen.

**SO ORDERED.**

Dated: February 11, 2026
         New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge