UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/2026

CAROL ROBINSON, *et al.*

               Plaintiffs,

    -v-

ALPINA INVESTMENTS, INC., *et al.*

               Defendants.

**ORDER**

25-CV-3671 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's January 23, 2026 order, ECF No. 38, and February 11, 2026 order, ECF No. 39 (collectively, the "Orders"), the parties were instructed to provide the undersigned with certain information and materials ahead of the February 24, 2026 settlement conference. Due to Defendant Seth Eschen's noncompliance with the Orders, the settlement conference is adjourned. The ex parte call the undersigned has scheduled with Plaintiff on February 20, 2026 will proceed. The parties are instructed to file a letter on the docket when they are prepared to comply with the undersigned's settlement conference procedures.

Plaintiff is directed to provide Defendant Seth Eschen with a copy of this order.

**SO ORDERED.**

Dated: February 19, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1