UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/5/2026___

CAROL ROBINSON, *et al.*

                    Plaintiffs,

          -v-

ALPINA INVESTMENTS, INC., *et al.*

                    Defendants.

**ORDER**

25-CV-3671 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On May 4, 2026, Judge Rearden granted Plaintiffs' request to reopen this case. ECF No. 53. On May 5, 2026, the parties submitted filings regarding the passing of Defendant Seth Eschen. ECF Nos. 54–56. In light of those submissions, the undersigned will hold a conference via telephone on **May 22, 2026 at 10:00 a.m.** to discuss next steps. Counsel and Defendants should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 226 842 587#). Plaintiffs are directed to provide Defendants with a copy of this order.

**SO ORDERED.**

Dated: May 5, 2026
          New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge