UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/16/2026_
```

CAROL ROBINSON, *et al.*

          Plaintiffs,

    -v-

ALPINA INVESTMENTS, INC., *et al.*

          Defendants.

**ORDER**

25-CV-3671 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    A conference was scheduled before the undersigned on June 16, 2026, at which no parties appeared.  The undersigned will hold a conference via telephone on **July 14, 2026** at **10:00 a.m.** to discuss next steps.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 691 418 606#).

**SO ORDERED.**

Dated: June 16, 2026
      New York, New York

                               Henry J. Ricardo
                               United States Magistrate Judge