USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 7/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL ROBINSON, *et al.*

Plaintiffs,

-v-

ALPINA INVESTMENTS, INC., *et al.*

Defendants.

**ORDER**

25-CV-3671 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on July 28, 2026. The parties are directed to provide a status update via email to RicardoNYSDChambers@nysd.uscourts.gov by **August 11, 2026.**

**SO ORDERED.**

Dated: July 28, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge