USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 8/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL ROBINSON, *et al.*

Plaintiffs,

-v-

ALPINA INVESTMENTS, INC., *et al.*

Defendants.

**ORDER**

25-CV-3671 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiffs' motion for an extension of time under Fed. R. Civ. P. 6(b)(1) and for an order holding the Fed. R. Civ. P. 25(a)(1) substitution deadline in abeyance pending appointment of an estate representative for the late Defendant Seth Eschen. ECF No. 66 (the "Motion"). The undersigned will construe the filing as a pre-motion letter pursuant to Rule II(A) of the undersigned's Individual Rules and Practices for Civil Cases. Defendants are directed to file a response, if any, in the form of a letter not to exceed four pages in length by **August 10, 2026.**

The undersigned will hold a conference to discuss the Motion on **August 20, 2026** at **10:00 a.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 159 751 125#).

**SO ORDERED.**

Dated: August 4, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge