UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 8/12/2026

CAROL ROBINSON, *et al.*

Plaintiffs,

-v-

ALPINA INVESTMENTS, INC., *et al.*

Defendants.

**ORDER**

25-CV-3671 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of a confidential communication from the parties regarding the status of settlement. The parties shall provide a further update via email to RicardoNYSDChambers@nysd.uscourts.gov regarding the status of settlement by **September 2, 2026**.

**SO ORDERED.**

Dated: August 12, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge