USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL ROBINSON, *et al.*

Plaintiffs,

-v-

ALPINA INVESTMENTS, INC., *et al.*

Defendants.

**ORDER**

25-CV-3671 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's August 12, 2026 order, ECF No. 71, the parties were directed to provide an update regarding the status of settlement via email to RicardoNYSDChambers@nysd.uscourts.gov by September 2, 2026. To date, the undersigned has not received a status update. The deadline for the parties to provide a status update via email is extended *sua sponte* to **September 8, 2026**.

**SO ORDERED.**

Dated: September 3, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge