USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____________
DATE FILED: 9/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL ROBINSON, *et al.*

Plaintiffs,

-v-

ALPINA INVESTMENTS, INC., *et al.*

Defendants.

**ORDER**

25-CV-3671 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status update provided to chambers via email. The parties are directed to provide a further status update via email by **September 28, 2026**.

**SO ORDERED.**

Dated: September 9, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge