USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL ROBINSON, *et al.*

Plaintiffs,

-v-

ALPINA INVESTMENTS, INC., *et al.*

Defendants.

**ORDER**

25-CV-3671 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiffs' status update submitted to chambers via email on November 4, 2026. Once again, Defendants have failed to make a promised settlement payment and it is unclear to the Court whether payment will ever be made. Nonetheless, Plaintiffs have expressed a willingness to give Defendants more time. The parties shall provide a further update on or before **November 20, 2026.**

**SO ORDERED.**

Dated: November 5, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge